# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
      **Plaintiff,**

  **v.**                                                        Case No. 11-CR-302

**DAVID SILVA, JR.**
      **Defendant.**

## ORDER

**IT IS ORDERED** that an amended judgment issue pursuant to Fed. R. Crim. P. 36 correcting the case number on pages 2-5.

Dated at Milwaukee, Wisconsin, this 8th day of May, 2013.

                                    /s Lynn Adelman
                                    _____
                                    LYNN ADELMAN
                                    District Judge